FILED

Andy Thanh
13752 Cypress Street
Garden Grove, CA 92843
(714) 399-5659
andyblueoceanmusic@yahoo.com

2017 JUN -2 PM 3: 12

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY_____

Plaintiff In Pro Se

*fee pd*

*No Summons*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

SACV17 · 00953 JVS (KES)

Andy Thanh, an individual;

    Plaintiffs,
v.

Oanh Tran, an individual; Youtube, LLC, a a limited liability company, and DOES 1 to 10, inclusive,

    Defendants

Case No.:

COMPLAINT FOR:
1. DAMAGES;
2. INJUNCTION FOR COPYRIGHT AND UNFAIR COMPETITION

## I. JURISDICTION

1.     This Court has jurisdiction under the Copyright Act of 1976, 17 U.S.C. Section 101 et seq., for trademark infringement arising under the Lanham Act, 15 U.S.C. 114, for false designation of origin, 15 U.S.C. 1125, Lanham Act Section 43(a) and for unfair methods of competition and unfair or deceptive acts or practices. This Court has jurisdiction of this action under 28 U.S.C. Section 1331, 1338(a) and 1338(b), and under its supplemental jurisdiction.

## II. VENUE

2.     Venue is proper pursuant to 28 U.S.C. Section 1391 and 1400(a).

- 1 -

Complaint

### III. PARTIES

3. Plaintiff's name is Andy Thanh. Plaintiff resides at 13752 Cypress Street, Garden Grove, CA 92843. Plaintiff is the Manager of Blue Ocean Music, Inc, and is an agent authorized to act on its behalf.

4. Plaintiff is informed and believes, and on that basis alleges, that Defendant Oanh Tran's address is located at D12/80 Trung Kinh, Yen Hoa, Cau Giay, Ha Noi, Ha Noi 10000 Vietnam. Plaintiff is informed and believes that Defendant consents to accept service of process at this address.

5. Plaintiff is informed and believes, and on that basis alleges, that Defendant YouTube, LLC is a limited liability company organized and existing under the laws of the State of Delaware and with its principal place of business at 1000 Cherry Avenue, San Bruno, California 94066 and in this Judicial District.

6. The true names and capacities, whether individual, corporate, associate, or otherwise, of defendants sued herein as Does 1 through 10, are unknown to Plaintiffs, who therefore sue said defendants by such fictitious names (the "Doe Defendants"). Plaintiffs will seek leave of Court to amend this complaint to state their true names and capacities when they have been ascertained. Plaintiffs are informed and believe and on that basis aver that the Doe Defendants are liable to Plaintiffs as a result of their participation in all or some of the acts hereinafter set forth.

### IV. STATEMENT OF FACTS

7. Copies of Plaintiffs' copyrighted work was uploaded to YouTube by Oanh Tran, under the uploader Display name "Cai Luong Viet Nam" Channels. Please see attached Exhibit.

8. Plaintiffs are currently, and at all relevant times have been, the sole proprietor of all right, title, and interest in and to the copyrights in the above works.

9. The above works are copyrighted by Blue Ocean Music and are exclusively distributed by Blue Ocean Music with Mua Hong, Apple Films and Chau Production, as shown in the Contract in the attached Exhibit.

10. Defendant Oanh Tran does not have any license, authorization, permission or consent to use the Infringed Works.

11. Plaintiff filed a complaint with YouTube in accordance with the United States Digital Millennium Copyright Act ("DMCA") Section 17 U.S.C. 512.

12. Based on the DMCA Notice, Defendant YouTube removed Plaintiff's copyrighted works from the YouTube website.

13. On May 20, 2017 and May 24, 2017, Defendant Tran filed Counter-Notifications.

## V. CAUSES OF ACTION

### FIRST CAUSE OF ACTION
**(Copyright Infringement- 17 U.S.C. Section 101 et seq.)**
**(Against all Defendants)**

19. Plaintiff alleges again each and every allegation set forth in Paragraphs 1 through 18 inclusive, and incorporates them herein by this reference.

20. Defendant Oanh Tran's conduct is a direct copyright infringement of Plaintiffs' works and have infringed Plaintiff's copyrights, and the exclusive rights provided therein by uploading them on YouTube without any consent.

21. The foregoing acts of infringement by Defendants are willful, intentional, and purposeful and in disregard and of indifference to the rights of Plaintiff.

22. The foregoing acts constitute direct infringement of the exclusive rights in Plaintiff's work.

## VI. REQUEST FOR RELIEF

**WHEREFORE**, the Plaintiff requests:

**AS TO ALL CAUSES OF ACTION:**

1. YouTube, LLC completely take down all of Plaintiffs' copyrighted works from Cai Luong Viet Nam's Channel from the YouTube site.

2. For a declaration that Defendants' Oanh Tran willfully infringes Plaintiff's copyrights both directly and secondarily;

3. To request Defendant Oanh Tran to present her Driver License and/or Identification that can be associated with her address in Hanoi, Vietnam

4. To request documentation and/or a license of Cai Luong Viet Nam's registered company in Vietnam, if one should exist.

5. For Plaintiffs' costs and $10,000 claim for relief for each work title.

Dated: June 2, 2017                                    Andy Thanh

_____



Andy Thanh <andyblueoceanmusic@gmail.com>

## Re: [9-1652000017349] New Copyright Counter-Notification
4 messages

**YouTube** <copyright@youtube.com>                                                 Sat, May 20, 2017 at 9:04 PM
To: andyblueoceanmusic@gmail.com



We received the attached counter notification in response to a complaint you filed with us.

We're providing you with the counter notification and await evidence (in not more than 10 business days) that you've filed an action seeking a court order against the counter notifier to restrain the allegedly infringing activity. In most cases, such evidence would include a lawsuit against the uploader who filed the counter notification, which names the specific YouTube URL(s) at issue.

If we don't receive notice from you, we may reinstate the material to YouTube.

If you have any questions, please contact copyright@youtube.com.

Counter-Notification as follows:

Videos included in counter-notification:

- http://www.youtube.com/watch?v=e_d4VGQ6HOg
- http://www.youtube.com/watch?v=aW57EzTsBsA
- http://www.youtube.com/watch?v=VheUaZlkkyM
- http://www.youtube.com/watch?v=ybgxnMvtJTo
- http://www.youtube.com/watch?v=h8V_hz7qvDM
- http://www.youtube.com/watch?v=Es1qtixJIuc
- http://www.youtube.com/watch?v=82ovzXSOFH4
- http://www.youtube.com/watch?v=Fsg8hycO0II
- http://www.youtube.com/watch?v=wSRvIgnLDjc
- http://www.youtube.com/watch?v=aNLXTD7_7w8

Display name of uploader: Cải Lương Việt Nam

We obtained the licenses to upload and use the content of this video on our YouTube channel under the grant agreement n° 0508/2017/BHMedia-MHP signed on May 08th, 2017. I have a good faith belief that the complaint of copyright violation is based on mistaken information or misidentification of the material in question. I therefore request that the material be no longer disabled.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Oanh Tran

D12/80 Trung Kinh, Yen Hoa, Cau Giay

Ha Noi, Ha Noi 10000 VN

Help center • Email options • Report spam

©2017 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

---

**YouTube** <copyright@youtube.com>  Wed, May 24, 2017 at 8:50 PM
To: andyblueoceanmusic@gmail.com



We received the attached counter notification in response to a complaint you filed with us.

We're providing you with the counter notification and await evidence (in not more than 10 business days) that you've filed an action seeking a court order against the counter notifier to restrain the allegedly infringing activity. In most cases, such evidence would include a lawsuit against the uploader who filed the counter notification, which names the specific YouTube URL(s) at issue.

If we don't receive notice from you, we may reinstate the material to YouTube.

If you have any questions, please contact copyright@youtube.com.

Counter-Notification as follows:

Videos included in counter-notification:

- http://www.youtube.com/watch?v=U-9bxD5x7vU
- http://www.youtube.com/watch?v=C9nSEdXYocs
- http://www.youtube.com/watch?v=MVlSZdO7jsQ
- http://www.youtube.com/watch?v=BOvOioTFce0
- http://www.youtube.com/watch?v=544ojlu9Gnc
- http://www.youtube.com/watch?v=gAHYfhNA_YE
- http://www.youtube.com/watch?v=SFfbAJ2r9e4
- http://www.youtube.com/watch?v=_v3JL5LMrps
- http://www.youtube.com/watch?v=ewzgPnjwtAE

Display name of uploader: Cải Lương Việt Nam

We obtained the licenses to upload and use the content of this video on our YouTube channel under the grant agreement n° 0508/2017/BHMedia-MHP signed on May 08th, 2017. I have a good faith belief that the complaint of copyright violation is based on mistaken information or misidentification of the material in question. I therefore request that the material be no longer disabled.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Oanh Tran

D12/80 Trung Kinh, Yen Hoa, Cau Giay

Ha Noi, Ha Noi 10000 VN

# BẢN HỢP ĐỒNG

**BÊN A:**   Blue Ocean Music/Andy Thanh
13752 Cypress St Garden Grove
714-856-9733 (Hand) 800-311-9951 or 714-399-5659 Business

**BÊN B:** Tuyết Trân/Mưa Hồng & Apple Films
9531 Bolsa Ave   Wesminster, CA   92683
714-531-7692 or 714-915-8847 Hand

1. Bên B (Apple Films) cho phép bên A (Blue Ocean Music) toàn quyền sử dụng độc quyền những sản phẩm DVD, Video, CD sản xuất của trung trâm Mưa Hồng/Apple Films trên hệ thống mạng lưới toàn cầu, trên youtube channel và được phép sự dụng trên hệ thống truyền hình VBS 57.6 Southern California.  Những DVD Cải Lương, Hài Kịch, Ca Nhạc, Tân Cổ sẽ được liệt kê trong List A, B, C, D, E... và tiếp tục được cung cấp bởi trung tâm Mưa Hồng/Apple Films

2. Bên B (Blue Ocean Music) sẽ chịu trách nhiệm phần chi phí Adminstration, Technical Labor, Mastering.

3. Bên B (Blue Ocean Music) sẽ trả tiền hàng tháng cho bên A (Apple Films) theo schedule A, và số tiền được trả cũng theo cách tính bên schedule A.

4. Hợp Đồng này có giá trị 10 năm sau khi ký tên, và sẽ tự tiếp tục cứ mỗi 5 năm nếu không có sự hủy hợp đồng giữa 2 bên.  Trong trường hợp hủy hợp đồng, cả 2 bên cần phải được thông báo tối thiểu 90 ngày.

Chữ ký _____
Bên A - Andy Thanh Blue Ocean Music
Ngày 11/17/15

Chữ Ký _____
Bên B Chi Tuyet - Apple Films
Ngày 11/17/15

# BẢN HỢP ĐỒNG B

**BÊN A:**   Blue Ocean Music/Andy Thanh

13752 Cypress St Garden Grove

714-856-9733 (Hand) 800-311-9951 or 714-399-5659 Business

**BÊN B:**   Châu Production/Cô Châu
11432 Jola Ave
Garden Grove, Ca 92843
714-902-8494

1. Bên B (Châu Production) cho phép bên A (Blue Ocean Music) toàn quyền sử dụng những sản phẩm Phóng Sự, Ký Sự DVD, Video sản xuất của Châu Production trên hệ thống mạng lưới toàn cầu, trên youtube. Cũng như độc quyền phát hình trên hệ thống truyền hình VBS TV 57.6 Southern California, và hệ thống Galaxy.

2. Bên A (Blue Ocean Music) sẽ trả cho Bên B (Châu Production) cho phần sử dụng trên đài VBS TV 57.3 trong vòng 3 năm theo schedule B, và phần tiền còn lại tiếp tục tính theo schedule A, Bản Hợp Đồng A.

3. Hợp Đồng này có giá trị 3 năm sau khi ký tên để hệ thống truyền hình VBS sử dụng trên làn sóng 57.6 và hệ thống Galaxy.

4. Blue Ocean Music được quyền tiếp tục sử dụng những sản phẩm phóng sự, ký sự trên mạng lưới toàn cầu và youtube theo Bản Hợp Đồng B sau 3 năm và áp dụng điều kiện của bản hợp đồng A, và tiếp tục trả tiền theo schedule A.

Chữ ký _____   Chữ Ký _____
Bên A - Andy Thanh Blue Ocean Music       Bên B Châu Production
Ngày   3/6/2017                            Ngày   3/6/2017

# BẢN HỢP ĐỒNG A

**BÊN A:**   Blue Ocean Music/Andy Thanh

13752 Cypress St Garden Grove

714-856-9733 (Hand) 800-311-9951 or 714-399-5659 Business

**BÊN B :** Châu Production/Cô Châu

11432 Jola Ave

Garden Grove, Ca  92843

714-902-8494

1. Bên B (Châu Production) cho phép bên A (Blue Ocean Music) toàn quyền sử dụng những sản phẩm DVD, Video sản xuản của Châu Production trên hệ thống mạng lưới toàn cầu, trên youtube..  Những DVD, Video Cải Lương, Hài Kịch, Ca Nhạc, Tân Cổ sẽ được liệt kê trong List  A, B, C và sẽ được tiếp tục cung cấp những sản phẩm mới của Châu Production.

2.  Bên A  (Blue Ocean Music) sẽ chịu trách nhiệm phần chi phí Adminstration, Technical Labor, Mastering.

3. Bên A  (Blue Ocean Music) sẽ trả tiền hàng tháng  cho bên B (Châu Production) theo schedule A, và số tiền được trả cũng theo cách tính bên schedule A.

4.  Hợp Đồng này có giá trị 10 năm sau khi ký tên, và sẽ tiếp tục cứ mỗi 5 năm nếu không có sự hủy hợp đồng giữa 2 bên.  Trong trường hợp hủy hợp đồng, cả 2 bên cần phải được thông báo tối thiểu 90 ngày.

Chữ ký _[signature]_   Chữ Ký _[signature]_
Bên A - Andy Thanh Blue Ocean Music   Bên B Châu Production
Ngày  2/27/16   Ngày  2/27/16

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1-332-511**

EFFECTIVE DATE OF REGISTRATION

6 / 5 / 2006

---

**1. TITLE OF THIS WORK:** HÃY NGỦ YÊN NIỀM ĐAU

**PREVIOUS OR ALTERNATIVE TITLES:** N/A

**NATURE OF THIS WORK:** VIETNAMESE MUSIC PROGRAM

**2. NAME OF AUTHOR:** a. HAU DZIONG dba BLUE OCEAN MUSIC
- Work made for hire? No
- Citizen of: UNITED STATES
- Anonymous? No
- Pseudonymous? No

**NATURE OF AUTHORSHIP:** MOTION PICTURE AND MUSIC (VIETNAMESE TRADITIONAL)

**3. YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:** 2005
**DATE AND NATION OF FIRST PUBLICATION:** Month 08, Day 01, Year 2005

**4. COPYRIGHT CLAIMANT(S):** HAU DZIONG dba BLUE OCEAN MUSIC, 9550 Bolsa Ave, #128, Westminster, CA 92683

JUN 05 2006 — DVD/D
FUNDS RECEIVED