# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 17-00953 JVS(KESx) | Date | August 31, 2017 |
| Title | Andy Thanh, et al. v. Oanh Tran, et al. | | |

Present: The Honorable James V. Selna

| Dwayne Roberts | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(In Chambers)**    **Order Regarding Plaintiffs' Request for Injunctive Relief**

The Court has reviewed Plaintiffs' Request for Restraining Orders, Preliminary Injunction, and Permanent Injunction filed on behalf of Andy Thanh ("Thanh") and Blue Ocean Music, Inc ("Blue Ocean Music"). (Docket No. 24.)  The request is filed and signed by Thanh, who represents himself as a "Plaintiff In Pro Se."  The Court deemed the request to be a motion.  (Docket No. 25.)

Blue Ocean Music appears to be some type of business entity and is not an individual. (First Amended Complaint, ¶ 3.)  Only an attorney may represent a business entity.  Local Rule 83-2.2.2.

The Court orders the Motion stricken to the extent it purports to be filed on behalf of Blue Ocean Music.  However, the Court stays this Order for fifteen days so that Blue Ocean Music may appear through counsel.  The Court vacates the September 11, 2017 hearing.

### IT IS SO ORDERED.

| | : | 00 |
|---|---|---|
| Initials of Preparer | dr | |