Exhibit B

(13 pages)

Translate to English:

Exhibit B

# LETTER OF AGREEMENT

**PARTY A:**  Blue Ocean Music/Andy Thanh

13752 Cypress St Garden Grove

714-856-9733 (Hand) 800-311-9951 or 714-399-5659 Business

**PARTY B:**  TUYET TRAN/Mua Hong & Apple Films

9531 Bolsa Ave   Wesminster, CA   92683

714-531-7692 or 714-915-8847 Hand

1. Party B (Apple Films) agree to authorize Party A (Blue Ocean Music) exclusively use all of Mua Hong/Apple Films' DVDs, Videos, CDs on the worldwide internet, on youtube channel, and on VBS TV 57.6 Channel in Southern California. The list of Cai Luong (Vietnamese Traditional Music), Comedy, Music, Tan Co.. references in List A, B, C, D, E... and list will be updated if Mua Hong/Apple Films provided more CDs, DVDs in future.

2. Party A (Blue Ocean Music) will be responsible for all of the cost such as Adminstration, Technical Labor, Mastering.

3. Party A (Blue Ocean Music) will paid Part B (Apple Films) as in schedule A.

4. This Agreement will be valid in 10 years after both Parties signed, and will be continued each every 5 years if this Agreement is not terminated. In order to terminate this Agreement, both Parties needs to annouce each other in 90 days with both Parties signatures.

Signature_____

Party A - Andy Thanh Blue Ocean Music
Date     Nov 17th, 2015

Signature_____

Party B Chi Tuyet - Apple Films
Date   Nov 17th, 2015

# BẢN HỢP ĐỒNG

Exhibit - A B

**BÊN A:**   Blue Ocean Music/Andy Thanh
   13752 Cypress St Garden Grove
   714-856-9733 (Hand) 800-311-9951 or 714-399-5659 Business

**BÊN B :** Tuyết Trân/Mưa Hồng & Apple Films
   9531 Bolsa Ave Wesminster, CA 92683
   714-531-7692 or 714-915-8847 Hand

1. Bên B (Apple Films) cho phép bên A (Blue Ocean Music) toàn quyền sử dụng độc quyền những sản phẩm DVD, Video, CD sản xuất của trung trâm Mưa Hồng/Apple Films trên hệ thống mạng lưới toàn cầu, trên youtube channel và được phép sự dụng trên hệ thống truyền hình VBS 57.6 Southern California. Những DVD Cải Lương, Hài Kịch, Ca Nhạc, Tân Cổ sẽ được liệt kê trong List A, B, C, D, E... và tiếp tục được cung cấp bởi trung tâm Mưa Hồng/Apple Films

2. Bên B (Blue Ocean Music) sẽ chịu trách nhiệm phần chi phí Adminstration, Technical Labor, Mastering.

3. Bên B (Blue Ocean Music) sẽ trả tiền hàng tháng cho bên A (Apple Films) theo schedule A, và số tiền được trả cũng theo cách tính bên schedule A.

4. Hợp Đồng này có giá trị 10 năm sau khi ký tên, và sẽ tự tiếp tục cứ mỗi 5 năm nếu không có sự hủy hợp đồng giữa 2 bên. Trong trường hợp hủy hợp đồng, cả 2 bên cần phải được thông báo tối thiểu 90 ngày.

Chữ ký _____   Chữ Ký _____
Bên A - Andy Thanh Blue Ocean Music   Bên B Chị Tuyết - Apple Films
Ngày 11/17/15   Ngày 11/17/15

Translate to English:

Exhibit B

# LETTER OF AGREEMENT

**PARTY A:**  Blue Ocean Music/Andy Thanh

13752 Cypress St Garden Grove

714-856-9733 (Hand) 800-311-9951 or 714-399-5659 Business

**PARTY B:**  Chau Production/Co Chau

**11432 Jola Ave**
**714-902-8494**

1. Party B (Chau Production) agree to authorize Party A (Blue Ocean Music) exclusively use all of Mua Hong/Apple Films' DVDs, Videos, CDs on the worldwide internet, on youtube channel. The list of Cai Luong (Vietnamese Traditional Music), Comedy, Music, Tan Co.. references in List A, B, C... and list will be updated if Chau Production provided more CDs, DVDs in future.

2. Party A (Blue Ocean Music) will be responsible for all of the cost such as Adminstration, Technical Labor, Mastering.

3. Party A (Blue Ocean Music) will paid Part B (Apple Films) as in schedule A.

4. This Agreement will be valid in 10 years after both Parties signed, and will be continued each every 5 years if this Agreement is not terminated. In order to terminate this Agreement, both Parties needs to annouce each other in 90 days with both Parties signatures.

Signature_____

Party A - Andy Thanh Blue Ocean Music
Date  Feb 2nd 2016

Signature_____

Party B Chau Production
Date  Feb 2nd 2016

# BẢN HỢP ĐỒNG A

Exhibit AB

**BÊN A:** Blue Ocean Music/Andy Thanh
13752 Cypress St Garden Grove
714-856-9733 (Hand) 800-311-9951 or 714-399-5659 Business

**BÊN B:** Châu Production/Cô Chân
11432 Jola Ave
Garden Grove, Ca 92843
714-902-8494

1. Bên B (Châu Production) cho phép bên A (Blue Ocean Music) toàn quyền sử dụng những sản phẩm DVD, Video sản xuất của Châu Production trên hệ thống mạng lưới toàn cầu, trên youtube. Những DVD, Video Cải Lương, Hài Kịch, Ca Nhạc, Tân Cổ sẽ được liệt kê trong List A, B, C và sẽ được tiếp tục cung cấp những sản phẩm mới của Châu Production.

2. Bên A (Blue Ocean Music) sẽ chịu trách nhiệm phần chi phí Administration, Technical Labor, Mastering.

3. Bên A (Blue Ocean Music) sẽ trả tiền hàng tháng cho bên B (Châu Production) theo schedule A, và số tiền được trả cũng theo cách tính bên schedule A.

4. Hợp Đồng này có giá trị 10 năm sau khi ký tên, và sẽ tiếp tục cứ mỗi 5 năm nếu không có sự hủy hợp đồng giữa 2 bên. Trong trường hợp hủy hợp đồng, cả 2 bên cần phải được thông báo tối thiểu 90 ngày.

Chữ ký _____
Bên A - Andy Thanh Blue Ocean Music
Ngày 2/27/16

Chữ Ký _____
Bên B Châu Production
Ngày 2/27/16

# List A - Cai Luong Chau Production

1. Ben Doi
2. Thoa Vong Tuc Luy
3. Loi Re
4. Quan Am Dieu Thien
5. Thuyen Tinh Lac Huong
6. Khoi Lam Cuoc Tinh
7. Bien Doi Menh Mong
8. Ngo Ngang
9. Hai Nguoi Me
10. Tu Hy Thai Hau
11. Vang Trang Ai Xe
12. Con Bao Chieu Mua
13. Coi Nguon Yeu Thuon
14. Khuc Tuyet Tinh
15. Me Toi
16. Vang Trang Trong Mua
17. Tron Doi Ben Anh
18. Xo Cho Dau Duong
19. Tro Dua Tinh Yeu
20. Con Thien Nga Cua Ba
21. Que Me
22. Sam Hoi
23. Luy Tinh
24. Can Can Nhuom Mau
25. Nha Co Ba Chi Em
26. So Do
27. Tuyet Giang Dau Nui
28. Hai Tieng Tinh Yeu
29. Bac Tinh
30. Doc Doi
31. Su Tich Duc Phat
32. Nhung Dong Song Ve Bien

## List B - Cai Luong Chau Production

1. Buoc Thang Tram
2. Phat Hoang Tran Nhan Tong
3. Tam Sinh Hoang Tu
4. Sac Xuan Gui Lai
5. Song Gio Cuoc Doi
6. Ke So Tinh
7. Duyen Phan
8. Tinh Cao Thuong
9. Ba Nam Cay Thi
10. Thieu Su Tong Dien
11. Dong Song Ky Niem
12. Canh Hoa Lac Loai
13. Gieo Gio Gat Bao
14. Mua Nguon
15. Nguoi De Muon
16. Niem Thuong Noi Nho
17. Tron Kiep Yeu Nhau
18. Tinh Yeu Mat Dang
19. Cung Dan Tren Song Lanh
20. Ni Co va Lao An May
21. Quan Am Toc Roi
22. Doi Tinh Nhan Khung
23. Liveshow Cam Thu
24. Cuoc Doi Duc Phat
25. Tham Tien Niem Phat
26. Xu Ba Dao Tu Hai Tho
27. Tim Em Trong Em
28. Trai Tim Nguoi Vo
29. Nhan Qua
30. Tinh Co Dau Phu
31. Ben Do Tinh Yeu
32. Tat Den
33. Cong Chua Dieu Thien

# List A - Cai Luong Apple Films

1. Dong Doi Nghiet Nga
2. Den Dem Nho Le
3. Don Hung Tin
4. Doi Con Gai
5. Doan Ket 1 Chuyen Tinh
6. Dau Chan Co Dai
7. Co Gai Dau Long
8. Co Ban Sau Rieng
9. Co Dau Phu
10. Chung Vo Diem - Dai Nao Hoi Ky Ban/ Dang Tien/ Mao Doan Tinh
11. Cau Hai Nam
12. Cam On anh Sui
13. Ca Nha So Vo
14. Bong Hong Cai Ao
15. Bo Vo
16. Ben Vong Tay Me
17. Ao Anh
18. 15 Nam Tinh Han
19. Ai Nguoi Toi Yeu
20. Chung Vo Diem - Mao Doan Tinh Xuat Gia
21. Anh Hung Nao
22. Bon Ong Den Do

## List B - Cai Luong Apple Films

1. Gai Nhay
2. Giot Mau Oan Khien
3. Hoa Dong Co Noi
4. Hong Lau Mong
5. Moc Que Anh Dang Cay
6. Moc Que Anh Pha Thien Mon Tran
7. Mot Nua Thien Duong
8. Mot Thoang Ngam Ngui
9. Nuoc Mat Chieu Ly Biet
10. Ru Nua Vang Trang
11. Song Nu Loan Vien Mon
12. Thap Tam Thai Bao
13. Tiet Nho Quy Chinh Dong
14. Tiet Nhon Quy Pha Ma Thien Lanh/Chinh Dong
15. Tram Trieu Khai
16. Tram Trinh An
17. Tren Song Hoang Hon
18. Van Vo Ky Duyen
19. Xom Vang
20. Vuc Tham Cuoc Doi
21. Sau Co Le
22. Hon Ma Co Giao Nhan

## List C - Cai Luong Apple Films

1. Ngao So Oc Hen (Tai Linh)
2. No Cha Con Tra
3. Truyen Thuyet Quan Am Xay Cau
4. Sau Vuong Y Nhac
5. Ly Chon Tam Coi Cui
6. Tan Thuy Hoang
7. Phan Le Hue
8. Thy Trang - Van Mai Trong Tim
9. Ben Cau Det Lua
10. Mua Thu La Bay
11. Tram Hoa Mai
12. Trieu Vuong Quan Chua/Doat Au Chua
13. Giot Le Tinh
14. Vet Thuong Ky Niem
15. Phan Le Hue Pha Dai Hong Thuy Tran
16. Con Bao Long
17. Mua Thu Khong Chet
18. Do Long Y Thien Kiem
19. Bien Long Cua Me
20. Ngoi Nha Ma
21. Ngoc De Xuong Sai Gon
22. An Tuu Lau

## List D - Cai Luong Apple Films

1. Dua Con Khong Ten
2. Nang Chieu Que Ngoai
3. Con Duyen
4. No Tinh
5. Anh Hung Luong Son Bac (Anh Hung Nao)
6. Chieu Quan Cong Ho
7. Do Long Y Thien Kiem
8. Tren Song Hoang Hon
9. Nguoi Tinh Tren Chien Tran
10. Mot Giac Nam Kha
11. Nhiep Chinh Y Lan
12. Ngo Hep Doi Nguoi
13. Nhac Tinh
14. Tra No Manh Thuong Quan
15. Ke Cho Nguoi Que
16. Chang Lua
17. Duong Gia Tuong
18. Troi Tinh Bien Han
19. Du Nhuong Da Long Bao
20. Duyen Tinh Ngan Dam
21. Duong Vao Tinh Yeu
22. An Oan Giang Ho

## List E - Cai Luong Apple Films

01. Ban Tinh Ca Con Do
02. Bien Lang
03. Cho Tron Tinh Dau (Ha My)
04. Con Bao Cuoi Cung
05. Cung Dan va Luoi Kiem
06. Day Ngan Ha
07. Ngam Ngui
08. Chong Chi Chong Toi
09. Hoa Rung Giua Thien Mon
10. Hoa Thuong Cua
11. La Thong Tao Bac
12. Su Tich Duc Phat Mau Chuan De
13. Tam Long Vi Tha
14. Thai Tu A Xa The
15. Tham Kich Tuoi Xanh
16. That Thu Co To Thanh
17. Tinh Nuoc Duyen Trang
18. To Hien Thanh Xu An
19. Troi Tinh Be Han
20. Mua Nguon
21. Doi Co Luu
22. Ngoi Nha Mo Uoc

## List F - Cai Luong Apple Films

1. Bang Tuyen Nua Chua
2. Chang Cuoi Len Cung Trang
3. Chi Pheo
4. Chuyen Tinh An Loc Son
5. Huyen De Nuoi Chuot
6.. Kiep Phong Tran
7. Mot Kiep Phong Tran
8. Luong Tam va Quyen Luc
9. Nghich Canh Dong Doi
10. Phung Buu Son Moc Que Trang
11. Roi 30 Nam Sau
12. Tiet Dinh San Pha Ti Ba San
13. Ao Anh Cuoc Doi
14. Toc Mai Soi Van
15. Toc Trang Me Bay
16. Trieu Khuon Dan
17. Vu An Vuong Ngoc Tuyen
18. Da Huong
19. Dai Yen Doan Hong Ngoc
20. Dong Bac Trang
21. Gio Bac Lanh Lung
22. Hoang Hon Mau Nuoc Mat

## List G - Cai Luong Apple Films

1. Mua Thu Trong Mat Me
2. Ngoi Nha Khong Co Dan Ong
3. Ngu Bien Bao Phu Cuu
4. Nguyet Khuyet
5. Thuyen Xua Tach Ben
6. Tron Nghia Kim Bang
7. Hang Vo Biet Ngu Co
8. Tam Tra No Dau
9. Hai Chieu Ly Biet
10. Con Thuyen Khong Ben
11. Bung Lam Da Chiu
12. Nuoc Mat Ke Sang Tan
13. That Lam Son Ky An
14. Trong Bong Tinh Yeu
15. Da Lo Cuoc Tinh
16. Giu Ao Bui Doi
17. Long Lan Qui Phung
18. Ngai Vang va Toi Ac
19. Tiet Dinh San Cau Phan Le Hue
20. Hoa Thom Phong Nhuy