JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAU DZUONG (a.k.a. Andy Thanh), an individual; dba BLUE OCEAN MUSIC, a California Sole Priority,<br><br>Plaintiff,<br><br>vs.<br><br>OANH TRAN, an individual; BH MEDIA, a Vietnam Corporation incorporated in Hanoi, Vietnam and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 8:17-cv-00953-JVS-KES<br><br>**JUDGMENT GRANTING MOTION FOR SUMMARY JUDGMENT** |

Having considered Defendants' Motion for Summary Judgment and finding good cause therefore,

IT IS HEREBY ADJUDGED THAT Defendants' Motion for Summary Judgment is GRANTED.

Dated: August 8, 2018

_____
Hon. James V. Selna
District Court Judge