◎AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Central _____ District of _____ California

HAU DZUONG dba BLUE OCEAN MUSIC

        Plaintiff (s),

V.

OANH TRAN, et al.

        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 8:17-cv0953-JVS-KES

Notice is hereby given that, subject to approval by the court, __HAU DZUONG dba BLUE OCEAN__ substitutes
(Party (s) Name)

__DAVID A. BERSTEIN__, State Bar No. __204472__ as counsel of record in
(Name of New Attorney)

place of __HAU DZUONG (aka ANDY THANH) dba BLUE OCEAN MUSIC appearing pro se.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:     BERSTEIN LAW, PC

    Address:     4000 MacArthur Boulevard, Suite 600 East Tower, Newport Beach, CA 92660

    Telephone:     (949) 783-4210      Facsimile _____

    E-Mail (Optional):     david@bersteinlaw.com

I consent to the above substitution.

Date:     9/4/2018

*[signature: Hau Dzuong aka Andy Thanh]*
(Signature of Party (s))

I consent to being substituted.

Date:     9/4/2018

(Signature of Former Attorney (s))

I consent to the above substitution.

Date:     9/4/2018

*[signature: DB]*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:     September 19, 2018

*[signature: James V. Selna]*
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

## DECLARATION OF ELECTRONIC SERVICE

### Central District of California Case No. 14-01285 DOC (JCGx)

Service of the attached document was accomplished pursuant to Central District of California, Order Authorizing Electronic Filing, General Order No. 08-03 and Local Rule 5.3-3, which provide in part: "Upon the electronic filing of a document, a Notice of Electronic Filing (NEF) is automatically generated by the CM/ECF system and sent by e-mail to all attorneys in the case who are registered as CM/ECF Users and have consented to electronic service. Service by this electronic NEF constitutes service pursuant to the Federal Rules of Civil and Criminal Procedure for all attorneys who have consented to electronic service."

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on September 5, 2018, at Newport Beach, California.

By: /s/ David A. Berstein
David A. Berstein