David A. Berstein (State Bar No. 204472)
J. R. Dimuzio (State Bar No. 299803)
BERSTEIN LAW, PC
4000 MacArthur Boulevard, Suite 600 East Tower
Newport Beach, California 92660
T:  949.783.4210
Email: *david@bersteinlaw.com*
       *jr@bersteinlaw.com*

Attorneys for Plaintiff HAU DZUONG
aka ANDY THANH dba BLUE OCEAN MUSIC

Phu Do Nguyen (187966)
Thuy T. Nguyen (244353)
David Dang (304001)
DO PHU & ANH TUAN, PLC
10517 Garden Grove Blvd.
Garden Grove, CA 92843
Email:  *phu@usaluatsu.com*
        *thuy@usaluatsu.com*
        *david@usaluatsu.com*

Attorneys for Defendants OANH TRAN and BH MEDIA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| HAU DZUONG aka ANDY THANH dba BLUE OCEAN MUSIC,<br><br>          Plaintiff,<br><br>v.<br><br>OANH TRAN, an individual; BH MEDIA, a Vietnam Corporation incorporated in Hanoi, Vietnam, and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No.: 17-cv-953-JVS-KES<br><br>(Hon. James V. Selna, Courtroom 10-C)<br><br>**JOINT STATUS REPORT OF PLAINTIFF HAU DZUONG aka ANDY THANH dba BLUE OCEAN MUSIC AND DEFENDANTS OANH TRAN AND BH MEDIA** |

Pursuant to the Order of this Court on October 15, 2018, Plaintiff HAU DZUONG aka ANDY THANH dba BLUE OCEAN MUSIC (hereafter "Plaintiff") and Defendants OANH TRAN and BH MEDIA (hereafter collectively "Defendants") hereby submit this Joint Status Report.

As a result of scheduling issues, counsel for Plaintiff and Defendants were only able to meet and confer by telephone on October 25, 2018. The parties were unable to come to a consensus as to any proposed dates.

Plaintiff prefers a new trial date in summer of 2019 (Plaintiff's counsel is unavailable until after May 2019) and all associated dates to stem from that new trial date with a standard time table. It is Plaintiff's position with the current state of discovery as it is, as a result of the nature of the litigation up until this point, adequate litigation of the issues requires time to properly prepare this matter for trial on the merits.

Defendants prefer a new trial date in spring of 2019 and all associated dates to stem from that new trial date with a compacted time table. It is Defendants' position they would suffer significant prejudice if trial was delayed. Defendants are also of the position that their discovery is complete and that if issues are not complete, it is Defendants' contention, that this is due to Plaintiff's intentional and calculated decision to pursue or not pursue certain lines of discovery.

In consideration of Plaintiff's pro per status up until recently, Plaintiff's counsel disagrees with Defendants' positions and believes that additional time is necessary to prepare this matter for submission to a trier of fact.  Plaintiff's counsel also believes that a second Mediation session, to occur in early 2019, will be meaningful toward getting this matter resolved. Defendant will only agree to a second Mediation via videoconference.

Defendants hereby serves notice of their intention to serve and re-file their Counterclaim that was previously deemed by the Court as untimely.

///

**Plaintiff's Proposed Dates:**

| | | |
|---|---|---|
| 1. | Trial Date (5/7 Days – Jury Trial): | August 6, 2019 |
| 2. | Final Pretrial Conference: | July 22, 2019 |
| 3. | Lodge Pretrial Conference Order: | July 15, 2019 |
| 4. | Last Day for Serving Motions in Limine: | June 28, 2019 |
| 5. | Last Day for Hearing Motions: | May 20, 2019 |
| 6. | Non-Expert Discovery Cut-Off: | April 19, 2019 |
| 7. | Expert Disclosures: | January 31, 2019 |
| 8. | Rebuttal Expert Witness Disclosure: | March 4, 2019 |
| 9. | Supplemental Expert Disclosure: | March 4, 2019 |
| 10. | Expert Discovery Cut-Off: | May 28, 2019 |
| 11. | Last Day to Conduct Settlement Conference: | June 17, 2019 |
| 12. | Last Day to Amend Pleading or Add Parties: | January 31, 2019 |

**Defendants' Proposed Dates:**

| | | |
|---|---|---|
| 13. | Trial Date (5/7 Days – Jury Trial): | April 1, 2019 |
| 14. | Final Pretrial Conference: | March 18, 2019 |
| 15. | Lodge Pretrial Conference Order: | March 11, 2019 |
| 16. | Last Day for Serving Motions in Limine: | February 25, 2019 |
| 17. | Last Day for Hearing Motions: | January 22, 2019 |
| 18. | Non-Expert Discovery Cut-Off: | December 17, 2018 |
| 19. | Expert Disclosures: | November 26, 2018 |
| 20. | Rebuttal Expert Witness Disclosure: | December 17, 2018 |
| 21. | Supplemental Expert Disclosure: | December 17, 2018 |
| 22. | Expert Discovery Cut-Off: | January 22, 2019 |
| 23. | Last Day to Conduct Settlement Conference: | March 4, 2019 |
| 24. | Last Day to Amend Pleading or Add Parties: | December 17, 2018 |

/ / /

/ / /

Dated: November 1, 2018                    Respectfully submitted,

BERSTEIN LAW, PC
/s/ David A. Berstein
David A. Berstein
J. R. Dimuzio
Attorneys for Plaintiff HAU DZUONG aka ANDY THANH dba BLUE OCEAN MUSIC

Dated: November 1, 2018                    Respectfully submitted,

DO PHU & ANH TUAN, PLC
/s/ David Dang
Phu Do Nguyen
Thuy T. Nguyen
David Dang
Attorneys for Defendants OAHN TRAN and BH MEDIA

# DECLARATION OF ELECTRONIC SERVICE
## Central District of California Case No. 17-cv-953-JVS-KES

Service of the attached document was accomplished pursuant to Central District of California, Order Authorizing Electronic Filing, General Order No. 08-03 and Local Rule 5.3-3, which provide in part: "Upon the electronic filing of a document, a Notice of Electronic Filing (NEF) is automatically generated by the CM/ECF system and sent by e-mail to all attorneys in the case who are registered as CM/ECF Users and have consented to electronic service. Service by this electronic NEF constitutes service pursuant to the Federal Rules of Civil and Criminal Procedure for all attorneys who have consented to electronic service."

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on November 1, 2018, at Newport Beach, California.

By: /s/ David A. Berstein
David A. Berstein