UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 17-00953 JVS (KESx) | Date | November 27, 2018 |
| Title | Andy Thanh v. Oanh Tran, et al. | | |

Present: The Honorable   James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS)   Order Setting Case Management Dates and Discharging Order to Show Cause

   The Court, having received and reviewed the parties *Joint Status Report* filed November 2, 2018 (Dkt. No. 202), hereby sets the case management dates as follows:

| | |
|---|---|
| **Jury Trial** | **August 6, 2019 at 8:30 a.m.** |
| **Final PreTrial Conference** | **July 22, 2019 at 11:00 a.m.** |
| File PreTrial Documents not later than July 15, 2019 | |
| File motions in limine not later than June 24, 2019 | |
| **Discovery Cut-off** | **April 19, 2019** |
| **Expert Discovery Cut-off** | **May 28, 2019** |
| Initial disclosure of Experts not later than January 31, 2019 | |
| Rebuttal/Supplemental disclosure of Experts not later than March 4, 2019 | |
| **Law and Motion Cut-off** | **May 20, 2019 at 1:30 p.m.** |
| Motions to be filed and served not later than April 22, 2019 | |

   The Court sets the last day to amend or add parties for January 31, 2019.

   The Court orders that any settlement procedure pursuant to Local Rule 16-15 shall be completed not later than June 17, 2019.  Counsel shall file a Joint Report of the parties regarding outcome of settlement discussions, the likelihood of possible further discussions and any help the Court may provide with regard to settlement negotiations not later than seven (7) days after the settlement conference is held.

   The Court DISCHARGES the Order to Show Cause issued October 30, 2018 at Docket No. 200.

| | : | 00 |
|---|---|---|
| Initials of Preparer | kjt | |