1  Phu Do Nguyen (SBN 187966)
   David Dang (SBN 304001)
2  Josh Strand (SBN 315469)
   DO PHU & ANH TUAN, APC
3  10517 Garden Grove Blvd.,
   Garden Grove, CA 92843
4
   Attorneys for Defendants,
5  Oanh Tran, an individual and
   BH Media
6

7
                    **UNITED STATES DISTRICT COURT**
8
                   **CENTRAL DISTRICT OF CALIFORNIA**
9

10

11  HAU DZUONG (a.k.a. Andy Thanh), an            Case No.: 8:17-cv-00953-JVS-KES
    individual; dba BLUE OCEAN MUSIC, a
12  California Sole Priority,                     **DEFENDANTS' OPPOSITION TO THE**
                                                  **MOTION TO WITHDRAW AS COUNSEL**
13                  Plaintiffs,                   **OF RECORD WITHOUT SUBSTITUTION**
                                                  **FOR PLAINTIFF HAU DZUONG aka**
14  vs.                                           **ANDY THANH dba BLUE OCEAN MUSIC**

15  OANH TRAN, an individual; BH MEDIA, a         Assigned to the Honorable James V. Selna
    Vietnam corporation incorporated in Hanoi,
16  Vietnam; and DOES 1 to 10, inclusive,

17                  Defendants.                   Hearing Date: February 25, 2019
                                                  Time: 1:30 P.M.
18                                                Dept. 10-C

19

20  **TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

21          **PLEASE TAKE NOTICE** that BH Media and Oanh Tran hereby submits their Opposition

22  to the Motion to Withdraw as Counsel of Record without Substitution for Plaintiff Hau Dzuong aka

23  Andy Thanh.

24                              <u>**ARGUMENT**</u>

25          Defendants' Opposition is limited to the matters stated in the *Declaration of David*

26  *Berstein*. Specifically, with regards to paragraphs 16 and 17. In Paragraph 16, Mr. Berstein requests

27  that Defendants' Motion to Permit the Filing of their Counterclaim (Docket No. 205), which is

28  currently set for hearing on February 11, 2019, be rescheduled until after the hearing for this

1  motion to withdraw so as to give Plaintiff "ample" time to seek counsel or proceed *pro se.*

2  Defendants oppose this request because Plaintiff has had ample time to review Defendants' motion

3  to permit the filing of the amended counterclaim since the time the motion was filed. Thus, he has

4  had sufficient time to oppose and challenge it. There is no reason in law or in fact to drag out this

5  matter.

6       Additionally, Mr. Berstein requests in Paragraph 17 that any immediate deadlines be

7  continued to give Plaintiff time to seek counsel or proceed as a *pro se* litigant. Defendants also

8  object to this request. There is no good cause for the Court to grant such a request. Nor has good

9  cause been shown. Plaintiff is not an inexperienced litigant. Nor is he a novice with court rules and

10 procedures. Plaintiff should not be permitted to pick and choose which court proceedings he will

11 participate in, and only actively participate in those which he deems will result in a positive

12 outcome for him.

13      Based on the above arguments, Defendants respectfully requests that this Court leaves all

14 litigation deadlines and Defendants' Motion to Take Leave and File a Counterclaim, intact.

15

16 Dated: 2/4/19          **DO PHU & ANH TUAN, APC**

17

18

19          David Dang

20          Phu Do Nguyen
         Josh Strand

21          Attorneys for Defendants
         Oanh Tran and BH Media