Hau Dzuong (a.k.a. Andy Thanh)
13752 Cypress Street
Garden Grove, CA 92843
(714) 399-5659
andyblueoceanmusic@yahoo.com,
Plaintiff In Pro Se

FILED
2019 MAR -1 PM 1:03
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY_____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Hau Dzuong (a.k.a. Andy Thanh), an individual; dba Blue Ocean Music, a California Sole Proprietor,

    Plaintiffs,

v.

Oanh Tran, an individual; BH Media, a Vietnam corporation incorporated in Hanoi, Vietnam,, and DOES 1 to 10, inclusive,

    Defendants

Case No.: SACV17-00953-JVS(KESX)

**REQUEST FOR EXTENSION TO ANSWER FIRST AMENDED COUNTERCLAIM.**

I, Hau Dzuong, aka Andy Thanh, Plaintiff in this case, respectfully request an extension of time to file:

**ANSWER FIRST AMENDED COUNTERCLAIM**

The above-referenced document is currently due on February 28th, 2019. This extension is necessary because:

1. My previous Attorney just terminated on February 27th, 2019.
2. I need more time to respond/answer First Amended Counterclaim.

3. In the meantime, I am looking for Attorney to handle this case that fitting in my budgets.

Therefore, I politely ask that the Court grant me additional 21 days to file the document listed above.

Dated: February 28th, 2019                    Hau Dzuong (a.k.a Andy Thanh )


_____