```
 1  Phu D. Nguyen (SBN 187966)
    David Dang (SBN 304001)
 2  DO PHU & ANH TUAN, PLC
    A Professional Law Corporation
 3  10531 Garden Grove Blvd.
    Garden Grove, CA 92843
 4  Tel (714) 590-1700, Fax( 714) 590-7868

 5  Attorneys for Defendants and Counterclaimants,
    Oanh Tran, an individual and
 6  BH Media, a Vietnamese Corporation
```

FILED
CLERK, U.S. DISTRICT COURT

February 1, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY:      VPC      DEPUTY

JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAU DZUONG (a.k.a. Andy Thanh), an individual; dba BLUE OCEAN MUSIC, a California Sole Priority,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>OANH TRAN, an individual; BH MEDIA, a Vietnam Corporation incorporated in Hanoi, Vietnam and DOES 1 to 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 8:17-cv-00953-SB-KES<br><br>**ORDER FOR DISMISSAL OF COMPLAINT AND COUNTERCLAIM**<br><br>Final Pretrial Conference: February 8, 2021<br>Trial Date: February 23, 2021<br>Courtroom 6C |
| OANH TRAN, an individual; BH MEDIA, a Vietnam Corporation incorporated in Hanoi, Vietnam,<br><br>　　　　　Counter-Claimants,<br><br>vs.<br><br>HAU DZUONG (a.k.a. Andy Thanh), an individual; dba BLUE OCEAN MUSIC, California Sole Priority, and DOES 1 TO 10, inclusive,<br><br>　　　　　Counter-Defendants. | |

//

ORDER

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

Dated: February 1, 2021

Honorary Stanley Blumenfeld, Jr.
United States District Court Judge